**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

David Goodykoontz,

     Plaintiff,

         v.                         Case No.   1:24cv145

State of Ohio,

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 3, 2025 (Doc. 52).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 52) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 52) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendant's motion for summary judgment (Doc. 38) is **GRANTED**, and Plaintiff's motion for summary judgment (Doc. 29) is **DENIED**.

     **IT IS SO ORDERED.**

                                 *s/Michael R. Barrett*
                                 Michael R. Barrett, Judge
                                 United States District Court